Donald Wayne PEERY,
Plaintiff–Appellant,

and

Keith William DeBlasio; Donald Wells; S. Batts; D. Wilson; D. McBride; John Harris; Eric Hobbs; Nash; Kevin A. Eggleston; Steven C. Whisenant; Walter Epps; Wesley Hammond; Clarence W. Terry; Thomas Alexander; Derrick K. Jones, Plaintiffs,

v.

Gene M. JOHNSON, Deputy Director, Virginia Department of Corrections; Ron Angelone, Director, Virginia Department of Corrections; W.P. Rogers, Regional Director, Virginia Department of Corrections; C.D. Larson, Warden, Lunenburg Correctional Center; Carol F. Wallace, Associate Warden of Operations, Lunenburg Correctional Center; Jerry R. Townsend; Virginia Department of Corrections, Defendants–Appellees.

Kareem Harris, Movant.

Donald Wayne Peery, Plaintiff–Appellant,

and

Ira Wayne Madison, Plaintiff,

v.

Ronald J. Angelone, Director, Virginia Department of Corrections; Gene Johnson, Director, Virginia Department of Corrections; David A. Garraghty, Warden, G.R.C.C.; G.R.C.C. Staff and Security, Defendants–Appellees.

Kareem Harris, Movant.

Donald Wayne Peery, Plaintiff–
Appellant,

and

Richard Gutridge; Derrick D. Steele;
Casha S. Al; Uhuru Nasheed,
Plaintiffs,

v.

Gene M. Johnson, Deputy Director;
Ronald Angelone, Director; K.V. Bon-
ner, Unit Manager, Defendants–Appel-
lees.

Kareem Harris, Movant.

Donald Wayne Peery, Plaintiff–
Appellant,

and

Lian J. Ross; I–Tal Rastafarian
Community, Plaintiffs,

v.

Department of Corrections; Ron
Angelone, Defendants–
Appellees,

and

Ron De'Angelo, Director, Virginia
Department of Corrections,
Defendant.

Kareem Harris, Movant.

Donald Wayne Peery, Plaintiff–
Appellant,

and

T. Understanding Allah, Plaintiff,

v.

R. Angelone, Director, Virginia
Department of Corrections,
Defendant–Appellee.

Kareem Harris, Movant.

Nos. 00–7700, 00–7701, 00–7702,
00–7703, 00–7704.

United States Court of Appeals,
Fourth Circuit.

Submitted June 22, 2001.

Decided July 9, 2001.

Donald Wayne Peery, pro se. Pamela Anne Sargent, Assistant Attorney General, Richmond, VA, for appellees.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Donald Wayne Peery appeals from the district court's order granting summary judgment in favor of the Defendants in his civil action challenging Division Operating Procedure 864, a prison grooming policy requiring that male inmates' hair not be more than one inch in thickness/depth and prohibiting beards. We have reviewed the record and the district court's opinion, along with Peery's allegations of error, and find no reversible error. Accordingly, we deny Peery's motion to be excused from paying the filing fee and affirm on the reasoning of the district court. *DeBlasio v. Johnson*, 128 F.Supp.2d 315 (E.D.Va. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*